UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-8357-BER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIANNA MONIQUE GAYLE,

    Defendant.
_____/

### NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, Brianna Monique Gayle, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

        By: *s/Robert E. Adler*
        Robert E. Adler
        Assistant Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 259942
        450 S Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        Phone:  (561) 833-6288
        Email:  robert_adler@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler